UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 10-523-JST (PLAx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| $66,140.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

On December 6, 2010, the Court issued an order scheduling a settlement conference in this action for February 17, 2011. Among other things, each party was required, no later than February 10, 2011, to submit a Confidential Settlement Conference Statement to the chambers of Magistrate Judge Abrams. To date, claimant has failed to submit his statement, and the time for doing so has passed.

Accordingly, **no later than noon on February 15, 2011**, claimant is ordered to show cause why the settlement conference should not be taken off calendar, and sanctions imposed, for failure to abide by the Court's orders.

DATED: February 14, 2011

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE