JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CV 10-00523 JST(PLAx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| $66,140.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ANTHONY JOHNSON, ) | |
| ) | |
| Claimant. ) | |
| ) | |

On May 18, 2011, the court in the above entitled action returned a verdict finding that the defendant United States currency in the amount of $66,140.00 (hereinafter referred to as "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a) and 18 U.S.C. § 981(a)(1)(C).  The court further found that claimant Anthony Johnson failed to prove his affirmative defense of innocent ownership pursuant to 18 U.S.C. § 983(d).

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that the defendant currency is hereby condemned and forfeited to the United States of America and no other right, title, and interest shall exist therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

Dated: May 24, 2011

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE